IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KEVIN TEER and DAWN TEER                                                      PLAINTIFFS

v.                                            No. 4:09CV00468 JLH

CAVALIER HOME BUILDERS, LLC                                                   DEFENDANT

## ORDER

Having been notified by counsel for the parties that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendant be, and they are, hereby dismissed.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 4th day of May, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE